Entered on Docket
January 08, 2010

Hon. Michael S. McManus
United States Bankruptcy Judge

GREGORY L. WILDE, ESQ.
Nevada Bar No. 004417
Wilde Hansen, LLP
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing
09-76197 / 17068479

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-51815-gwz |
| Erin Malia McGraw | |
| | Date: 11/13/09 |
| | Time: 1:30 pm |
| | Chapter 13 |
| Debtor. | |

## ORDER DENYING MOTION FOR RELIEF

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the

2    Automatic Stay requested by Movant is hereby denied without prejudice.

3        DATED this 29th day of December 2009

4

5

6    Submitted by:

7    WILDE & ASSOCIATES

        /s/ GREGORY L. WILDE
8    By_____

9        **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
10       212 South Jones Boulevard
        Las Vegas, Nevada 89107
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_   The court waived the requirements of LR 9021.

\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor